IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 21 PM 3: 4

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

DARIEN J. CAMPBELL, AND
SHELIA R. EASTLING
on behalf of minor child,
    DARIEN CAMPBELL,

    Plaintiff(s),

vs.

LUCILLE RICHARDSON,
COLONIAL MIDDLE SCHOOL,
and the BOARD OF EDUCATION
OF MEMPHIS CITY SCHOOLS,

    Defendant(s).

No. 2:05 CV2006-BV
Judge J. Daniel Breen
Magistrate Judge Diane K. Vescovo

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held April 15, 2005. Present were Sheila L. Robinson-Beasley, counsel for plaintiffs, Larry A. Weissman and Max L. Ostrow, counsel for defendant Lucille Richardson, and Michael R. Marshall, counsel for defendants Colonial Middle School and the Board of Education of Memphis City Schools. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26 (a)(1): **Friday, April 29, 2005**

JOINING PARTIES: **Wednesday, June 15, 2005**

AMENDING PLEADINGS: **Wednesday, July 15, 2005**

INITIAL MOTIONS TO DISMISS: **Friday, August 15, 2005**

COMPLETING ALL DISCOVERY: **Thursday, December 15, 2005**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-22-05



    (a) DOCUMENT PRODUCTION AND INTERROGATORIES: **Monday, August 15, 2005**

    (b) DEPOSITIONS AND REQUESTS FOR ADMISSIONS: **Thursday, December 15, 2005**

    (c) EXPERT WITNESS DISCLOSURE (RULE 26):
        (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: **Monday, October 17, 2005**

        (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: **Tuesday, November 15, 2005**

        (3) EXPERT WITNESS DEPOSITIONS: **Thursday, December 15, 2005**

FILING DISPOSITIVE MOTIONS: **Monday, January 16, 2006**

OTHER RELEVANT MATTERS:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for jury trial, and the trial is expected to last three (3) days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

    This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

    The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

    The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

    The parties have not consented to trial before the magistrate judge.

This Order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: April 21, 2005

APPROVED FOR ENTRY:

**Robinson-Beasley Law Firm**

_____
Shelia L. Robinson-Beasley
5865 Ridgeway Center Pkwy, Suite 300
Memphis, TN 38120
Attorney for Plaintiffs

**Weissman Ostrow & Mitchell**

_____
Larry A. Weissman

_____
Max L. Ostrow
5118 Park Ave., Suite 600
Memphis, TN 38117
Attorneys for Defendant, Lucille Richardson

**Stokes, Bartholomew, Evans & Petree, P.A.**

_____
Michael R. Marshall
1000 Ridgeway Loop Rd., Suite 200
Memphis, TN 38117
Attorney for Defendants, Colonial Middle School
and the Board of Education of Memphis City Schools

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02006 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Larry A. Weissman
WEISMANN OSTROW & MITCHELL
5118 Park Ave.
Ste. 600
Memphis, TN 38117

Sheila L. Robinson-Beasley
ROBINSON-BEASLEY LAW FIRM
5865 Ridgeway Center Pkwy
Ste. 300
Memphis, TN 38120

Max L. Ostrow
WEISSMAN OSTROW & MITCHELL
5118 Park Ave.
Ste. 600
Memphis, TN 38117

Honorable J. Breen
US DISTRICT COURT