IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE,
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC -8 PM 5: 0_

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

DARIEN J. CAMPBELL, AND
SHEILA R. EASTLING,
on behalf of minor child
DARIEN J. CAMPBELL,

**Plaintiffs,**

vs.

LUCILLE RICHARDSON,
COLONIAL MIDDLE SCHOOL,
and the BOARD OF EDUCATION
OF MEMPHIS CITY SCHOOLS,

**Defendants.**

NO: 2:05 CV 2006-BV
Judge Breen
Magistrate Judge Vescovo
Jury Demand

## CONSENT ORDER TO EXTEND DISCOVERY DEADLINE

Comes now the parties, by and through counsel and submit this consent order agreeing to extend the discovery deadline from December 15, 2005 to January 31, 2006 in order to ensure sufficient time to complete necessary discovery.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the discovery deadline is extended from December 15, 2005 to January 31, 2006 in order to ensure sufficient time for the parties to complete necessary discovery.

_Diane K. Vescovo_
JUDGE U.S. Magistrate Judge
DATE: December 8, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-12-05

(10)

CONSENTED TO:

*[signature]*
Sheila L. Robinson-Beasley
Attorney for Plaintiffs
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
(901) 373-1010

*[signature]* "with permission"
Mr. Larry A. Weissman
& Max Ostrow
Attorneys for Defendant, Lucille Richardson
5118 Park Avenue, Suite 600
Mphs., TN 38117

*[signature]* "with permission"
Mr. Ernest Kelly
Attorney for Defendants, the Board of Education
1000 Ridgeway Loop, Suite 200
Mphs., TN 38120

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02006 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Max L. Ostrow
WEISSMAN OSTROW & MITCHELL
5118 Park Ave.
Ste. 600
Memphis, TN 38117

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Larry A. Weissman
WEISMANN OSTROW & MITCHELL
5118 Park Ave.
Ste. 600
Memphis, TN 38117

Sheila L. Robinson-Beasley
ROBINSON-BEASLEY LAW FIRM
5865 Ridgeway Center Pkwy
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT